IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION |
|---|---|
| 8:89CR126 | USA v. Everett Sileven |
| 8:98CR158 | USA v. Jesse Smith |

DATED this 28th day of June, 2007.

BY THE COURT

s/Joseph F. Bataillon
United States District Judge